# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BEVERLY MARIE ROBERTS, | |
| Plaintiff, | Case No. 2:16-cv-01232-JCM-GWF |
| vs. | **ORDER** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

This matter is before the Court on Plaintiff's failure to file a Certificate as to Interested Parties as required by LR 7.1-1.  The Complaint (ECF No. 8) in this matter was filed August 16, 2016.  LR 7.1-1 requires that pro se parties and attorneys for private non-governmental parties must, upon entering a case, file a certificate as to interested parties, listing all persons, firms, partnerships or corporations, known to have a direct, pecuniary interest in the outcome of the case, including the names of all parent subsidiary, affiliate and/or insider of the named non-individual parties.  If there are no known interested parties, other than those participating in the case, a statement to that effect must be filed.  To date, Plaintiff has failed to comply.  Accordingly,

**IT IS ORDERED** that Plaintiff shall file her Certificate as to Interested Parties, which fully complies with LR 7.1-1 no later than **September 9, 2016.**  Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 2nd day of September, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge